IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MIGUEL DAVID GEDO,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>ALAN B. SEVISON, et al.,<br><br>　　　Defendants. | MEMORANDUM DECISION AND ORDER SEALING COMPLAINT, AND REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT<br><br><br>Case No. 2:08-CV-438 TS |

　　　This matter is before the Court upon assignment of the Complaint. The Complaint contains material that must be redacted or sealed under new Fed. R. Civ. P. 5.2(a)(3), effective December 1, 2007. This rule is available on the Court's website under Rules and Federal Rules of Civil Procedure. The Court will seal the Complaint to allow Plaintiff to file an amended Complaint with the names of any minor children shown only by initials or a copy with their names entirely blacked out. The Amended Complaint or copy may be filed without being sealed if it does not show the names of minor children.

　　　It is therefore

　　　ORDERED that the Complaint (Docket No. 3) be SEALED. It is further

1

ORDERED that within 30 days of the entry of this Order, Plaintiff shall file an Amended Complaint as set forth above

DATED   June 9, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge